# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| **ROBERT REIL, individually and behalf of all others similarly situated** )<br><br>*Plaintiff* )<br>)<br>v. )<br>)<br>**ELEVATE REAL ESTATE INC** )<br>)<br>*Defendant* ) | Civil Action No. 1:26-cv-00045-CEA-CHS |

## AFFIDAVIT OF SERVICE

I, Heather Eli, being duly sworn, state:

I am a Private Process Server, 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to ELEVATE REAL ESTATE INC in Putnam County, TN on February 28, 2026 at 6:12 pm at 2532 Highway 70 E, Cookeville, TN 38506-6901 by leaving the following documents with Elijah L Castelli who as REGISTERED_AGENT is authorized by appointment or by law to receive service of process for ELEVATE REAL ESTATE INC.

SUMMONS IN A CIVIL ACTION

Additional Description:
Elijah L Castelli.
Race: White, Sex: Male, Est. Age: 35-44, Hair: Blonde, Glasses: N, Est. Weight: 220 lbs to 240 lbs, Est. Height: 6' to 6' 3".
Geolocation of Serve: https://google.com/maps?q=36.1150525,-85.4496517
Photograph: See Exhibit 1

Total Cost: $131.00

_Heather Eli_
Server Signature
Heather Eli
+1 (615) 762-8216

Subscribed and sworn to before me this 3rd day of March, 2026, by Chrystal Phillips.
Notary Name. Witness my hand and official seal.

_Chrystal Phillips_
Notary Public

My commission expires:
11/26/2028

Notary Stamp.



(CHRYSTAL PHILLIPS — STATE OF TENNESSEE NOTARY PUBLIC — PUTNAM COUNTY)

# UNITED STATES DISTRICT COURT

for the

Eastern District of Tennessee

| | |
|---|---|
| ROBERT REIL, individually and behalf of all others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br><br>ELEVATE REAL ESTATE INC<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:26-cv-45<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ELEVATE REAL ESTATE INC
ELIJAH L CASTELLI, Registered Agent
2532 HIGHWAY 70 E
COOKEVILLE, TN 38506

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 02/24/2026

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:26-cv-45

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

                                                   *Server's signature*

                                                   *Printed name and title*

                                                   *Server's address*

Additional information regarding attempted service, etc:



Exhibit 1a)